IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NASSAU LIFE INSURANCE COMPANY, F/K/A PHOENIX LIFE INSURANCE COMPANY, <br><br>         Plaintiff, <br><br> v. <br><br> DONNA J. BAUM, ROBERT J. BAUM, O.R.R.F (a minor child) and CHRISTIAN FARRELLY, <br><br>         Defendants. | § § § § § § § § § § § § § § § | C.A. NO. 1:20-cv-10896-GAO |

## ORDER FOR INTERPLEADER RELIEF

Before the Court is Plaintiff Nassau Life Insurance Company, f/k/a Phoenix Life Insurance Company's ("Nassau") Notice of Deposit and Motion for Entry of Order in connection with its Motion for Leave to Deposit Interpleader Funds, for Injunction, Discharge and Dismissal with Prejudice and Recovery of Fees and Costs, which was previously granted by the Court (dkt. no. 35).  The Court, having reviewed the Notice and Motion, is of the opinion that it is meritorious and should be GRANTED.  It is therefore,

**ORDERED** that as Nassau has deposited the interpleader fund of $95,797.26, which is the benefit under policy no. J00006800 ("Benefit"), plus applicable interest, and less eight thousand dollars awarded in reasonable fees and costs, Nassau is dismissed with prejudice from this action as of April 12, 2021.

**IT IS FURTHER ORDERED** that the Defendants, or any other claimant to the Benefit, and their agents, attorneys, and assigns are permanently enjoined from instituting or maintaining any additional federal, state, or any other action or proceeding against Nassau, as well as its past, present, and future parents, subsidiaries, affiliates, successors, assignees, agents, producers,

servants, employees, officers, directors, principals, representatives, attorneys, and insurers relating to policy no. J00006800, the Benefit, and/or the facts made the basis of this case.

**IT IS FURTHER ORDERED** that, Nassau, as well as its past, present, and future parents, subsidiaries, affiliates, successors, assignees, agents, producers, servants, employees, officers, directors, principals, representatives, attorneys, and insurers are discharged from any and all liability with respect to policy no. J00006800, the Benefit, and/or the facts made the basis of this case.

SIGNED this 17th day of June, 2021.

/s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE